UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GREAT BOWERY, Inc., d/b/a TRUNK
ARCHIVE,

                  Plaintiff,

-against-

ROYAL BEAUTY STUDIO INC.,

                  Defendant.

**MEMORANDUM AND ORDER**
Case No. 25-CV-3627 (FB) (JAM)

*Appearance:*

*For the Plaintiff:*
TARYN ROSE MURAY
The Law Firm of Higbee and Associates
3110 W Cheyenne Ave Suite 200
Las Vegas, NV 89032

**BLOCK, Senior District Judge:**

On February 23, 2026, Magistrate Judge Marutollo issued a report and recommendation ("R&R") recommending that Great Bowery Inc.'s ("Great Bowery") motion for default judgement be granted, Defendant be permanently enjoined from infringing on Great Bowery's copyright, and Great Bowery be awarded $10,000 for statutory damages, $2,323.75 for attorney's fees, $946.80 in costs, and post-judgment interest. *See* ECF No. 22. The R&R recited that "[a]ny objections to this Report and Recommendation must be filed within aftrer service," and that "failure to object timely to a [magistrate judge]'s report operates as a waiver of any further judicial review of the [magistrate judge]'s decision." R&R at 41. On February 25th, Great Bowery's counsel served copies of the R&R on Defendant, making objections due by March 11th. *See* ECF No. 23. To date, no objections have been filed.

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."*)*.  The Court will excuse the failure to object, however, and conduct *de novo* review if it appears that the magistrate judge may have committed plain error.  *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

The R&R contains no error, let alone plain error.  Accordingly, the Court adopts it without *de novo* review.  The Clerk shall enter judgment in favor of Great Bowery and against Royal Beauty Studio, Inc., in the total amount of $13,270.55. Defendant will also be required to pay post-judgement interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961(a), from the date of entry of judgement until Defendant has satisfied the judgement.

**SO ORDERED**.

 _/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
April 16, 2026

2